UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CHOW, as Administrator of the Estate of LEROY CHOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOREFRONT OPERATING LLC d/b/a SEAGATE REHABILITATION AND NURSING CENTER; SHAINDY BERKO; ROCHEL DAVID; LEAH FRIEDMAN; DEENA LANDA; ESTHER FARKOVITZ; AVI PHILIPSON; BERISH RUBINSTEIN; DAVID RUBINSTEIN; BRUSCHA SINGER; JOEL ZUPNICK; SHOREFRONT REALTY LLC; SENTOSACARE, LLC; and DOES 1-25,<br><br>Defendants. | **Civil Action No. 1:19-cv-03541-FB-SJB** |

**ORDER**

Having considered Defendants' Motion for Reconsideration of this Court's September 25, 2020 Memorandum and Order, ECF No. 69, which denied Defendants' Motion to Dismiss, any opposition and reply, the record, and the arguments of counsel, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's claims are dismissed with prejudice as to Defendants Shaindy Berko, Rochel David, Leah Friedman, Deena Landa, Esther Farkovitz, Avi Philipson, Berish Rubinstein, David Rubinstein, Bruscha Singer, Joel Zupnick, Shorefront Realty LLC, and SentosaCare, LLC, and it is further ORDERED that all of Plaintiff's injunctive relief claims and all requests for injunctive relief are dismissed.

ENTERED this __ day of _____, 2020.   _____
United States District Court Judge

1026808v.1