# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

September 30, 2021

**By ECF**

Magistrate Judge James R. Cho
U.S. District Court
Eastern District of New York

Re:    *Chow v. SentosaCare, LLC et al.*, No. 1:19-cv-03541-FB-JRC
       **Request to Adjourn October 13, 2021 Status Conference**

Dear Judge Cho:

We represent plaintiff Walter Chow in the above-referenced matter.  Pursuant to your Individual Rule A.3, we write on behalf of all parties to jointly request that the upcoming status conference in this matter, currently scheduled for October 13, 2021, at 11:30am, be briefly adjourned.  The reason for the adjournment is that Plaintiffs' counsel has unanticipated travel obligations that will directly conflict with the scheduled time of the conference.

The parties have conferred regarding potential alternate dates and times and are available at the Court's convenience the afternoon of October 18th and after 3pm Eastern on October 19th. If neither of those days will work for the Court's schedule, the parties are more than happy to confer with Your Honor's Courtroom Deputy regarding other potential dates and times.

Thank you for your consideration of this request.

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: */s/ John D. Sardesai-Grant*
John D. Sardesai-Grant
jsardesaigrant@fbfglaw.com

CC:
All counsel of record (by ECF)