IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER CHOW, as Administrator of the Estate of LEROY CHOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SHOREFRONT OPERATING LLC d/b/a SEAGATE REHABILITATION AND NURSING CENTER; SHAINDY BERKO; ROCHEL DAVID; LEAH FRIEDMAN; DEENA LANDA; ESTHER FARKOVITZ; AVI PHILIPSON; BERISH RUBINSTEIN; DAVID RUBINSTEIN; BRUSCHA SINGER; JOEL ZUPNICK; SHOREFRONT REALTY LLC; SENTOSACARE, LLC; and DOES 1-25,<br><br>    Defendants. | Civil Action<br>No. 1:19-cv-03541-FB-JRC |

**NOTICE OF MOTION**
**FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that plaintiff Walter Chow, as the Administrator of the Estate of Leroy Chow, individually and on behalf of all others similarly situated, moves the Court to grant him leave to file his second amended class action complaint pursuant to Rules 15, 16, 20, and 21 of the Federal Rules of Civil Procedure. This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, and exhibits thereto. The grounds for this motion are set forth in the accompanying Memorandum in Support, which is incorporated fully herein.

Dated: White Plains, New York
January 28, 2022

    Respectfully Submitted,

    **FINKELSTEIN, BLANKINSHIP,**
    **FREI-PEARSON & GARBER, LLP**

    By: */s/John D. Sardesai-Grant*
    D. Greg Blankinship
    John D. Sardesai-Grant
    Amanda Chan
    One North Broadway, Suite 900
    White Plains, New York 10601
    Tel: (914) 298-3281
    gblankinship@fbfglaw.com
    jsardesaigrant@fbfglaw.com
    achan@fbfglaw.com

    *Attorneys for Plaintiff and the Putative Class*

To:

Lori Semlies, Esq.
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
150 East 42nd Street
New York, New York 10017
Tel.: 212-490-3000 ext.2390
lori.semlies@wilsonelser.com

David Ross, Esq.
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
1500 K Street, Suite 330
Washington, DC 20005
Tel.: 202-626-7660
david.ross@wilsonelser.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of January, 2022, I caused a true copy of Plaintiff's Motion For Leave To File A Second Amended Class Action Complaint and accompanying Memorandum in Support, and Exhibits to be served by the Court's CM/ECF system upon counsel for Defendants.

By: */s/John D. Sardesai-Grant*
John D. Sardesai-Grant
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
jsardesaigrant@fbfglaw.com