# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

November 17, 2025

**By ECF**

Magistrate Judge James R. Cho
U.S. District Court
Eastern District of New York

**Re:** *Skolkin v. Shorefront Operating, LLC et al.*, 1:22-cv-07664-FB-JRC
*Chow v. SentosaCare, LLC et al.*, No. 1:19-cv-03541-FB-JRC
**Post-Mediation Status Report**

Dear Judge Cho:

We represent the Plaintiffs in the above-referenced actions. Pursuant to Your Honor's October 20, 2025 ECF Order in both actions, we write jointly on behalf of all parties regarding the status of the above-referenced actions.

The parties continue to negotiate a resolution of the claims and have recently agreed to another in-person mediation with Judge Welsh on January 22, 2026. Accordingly, the parties ask that the Court continue to stay both actions until January 26, 2026, when the parties can file a status report updating the Court.

The parties also apologize for submitting this letter one day late. They were unable to confirm the January 22, 2026 date until this morning

The parties thank the Court for its attention to this matter.

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: */s/ John D. Sardesai-Grant*
John D. Sardesai-Grant
jsardesaigrant@fbfglaw.com

CC:
All counsel of record (by ECF)